583 A.2d 341

STATE OF NEW JERSEY v. LAWRENCE V. PIANKA.

March 20, 1990.

Petition for certification denied.

583 A.2d 341

STATE OF NEW JERSEY v. JOSEPH ROTANTE.

March 20, 1990.

Petition for certification denied.

583 A.2d 341

STATE OF NEW JERSEY v. GREGORY TUCKER.

March 20, 1990.

Petition for certification denied.

583 A.2d 341

STATE OF NEW JERSEY v. JAMES O'DONNELL.

March 20, 1990.

Petition for certification denied.

583 A.2d 341

STATE OF NEW JERSEY v. WAYNE ROBINSON.

March 20, 1990.

Petition for certification denied.